This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                          **No. 34,295**

**DEANNA H.,**

Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Lisa B. Riley, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Jane A. Bernstein, Assistant Attorney General
Albuquerque, NM

for Appellee

Jorge A. Alvarado, Chief Public Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Child Deanna H. appeals from the Children's Court order revoking her probation and committing her to the Children, Youth and Families Department for a period not to exceed one year. This Court issued a calendar notice, proposing to reverse and remand to the Children's Court for a new hearing on the State's petition to revoke Child's probation. The State filed a response to our notice stating that it "agrees with the Court's proposal to reverse and remand for a new hearing on the petition to revoke [Child's] probation." Accordingly, for the reasons stated in our notice of proposed disposition, we reverse and remand for a new hearing on the State's petition to revoke Child's probation.

{2}     **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**M. MONICA ZAMORA, Judge**

_____
**J. MILES HANISEE, Judge**